```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

VS.                                          CRIMINAL NO. 4:02CR27-WHB-JCS

**STEVE PRATT**


<u>**OPINION AND ORDER**</u>

This cause is before the Court on Defendant Pratt's Motion to Proceed on Appeal *In Forma Pauperis* and for Copies of Court Records at Government Expense (docket entry no. 130). Defendant has produced the proper documentation to prove that he is entitled to proceed with his appeal *in forma pauperis*. The Motion to Proceed *In Forma Pauperis* is therefore GRANTED. Defendant has not shown why court documents are necessary for proper disposition of his appeal, as required before the Court can provide the documents at government expense. <u>See</u> <u>Norton v. E. U. Dimazana, M.D.</u>, 122 F.3d 286, 293 (5th Cir. 1997). Therefore, the Motion for Copies of Court Records at Government Expense is hereby DENIED.

SO ORDERED this the 17th day of January, 2006.

```
                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE
```

tct